DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIEGO PASCUAL FRANCISCO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1422

[July 1, 2021]

Appeal of an order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 502012CF007694AXXXMB.

Diego Pascual Francisco, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***